UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM FEIL,

   Plaintiff,

  v.

C. SULLIVAN, *et al.*,

   Defendants.

Case No. C05-5180RJB

ORDER ON OBJECTIONS

  This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). Before the court is plaintiff's objections to the order granting him *in forma pauperis* status. (Dkt. # 9). Plaintiff asked to be granted *in forma pauperis* status. While the motion was pending plaintiff paid the entire filing fee in two payments. (Dkt. entries with receipt # 18917 and 18745).

  When the court considered the motion it was not moot as there was no indication plaintiff had served his complaint on any defendant. The court granted the motion for *in forma pauperis* status and on April 28th, 2005 ordered service by United States Marshal.

  The order granting *in forma pauperis* status incorrectly indicates that the prison accounting

ORDER - 1

department should collect a filing fee.  **THE FILING FEE IN THIS CASE HAS BEEN PAID IN FULL**. The accounting department at plaintiff's facility is directed not to deduct funds from the account for this filing fee and to return any fees deducted as a result of the April 16th, 2005 order.

The Clerk is directed to send a copy of this Order to plaintiff and to the SCCC accounting department and to remove docket number 9 from the court's calendar.  If plaintiff has further objection to the order granting him *in forma pauperis* status he may renew that objection by separate motion.

DATED this 29th day of April 2005.

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

ORDER - 2