UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM E. FEIL,<br><br>    Plaintiff,<br><br>  v.<br><br>C. SULLIVAN, et al.,<br><br>    Defendants. | CASE NO   C05-5180RJB<br><br>ORDER OF REFERENCE AND REASSIGNMENT ON CONSENT TO THE UNITED STATES MAGISTRATE JUDGE |

IT IS HEREBY ORDERED that the above-captioned matter be **REFERRED and REASSIGNED** to United States Magistrate Judge J. KELLEY. ARNOLD for the conduct of all further proceedings and entry of judgment in accordance with 28 U.S.C. §636 (c) on the consent of parties.

All future pleadings shall be filed under cause number C05-5180JKA and Magistrate Judge Arnold's name should appear in the upper right-hand corner.

Dated this 21st day of June, 2005.

*Robert J. Bryan* (signature)

Robert J. Bryan
U.S. District Judge

ORDER ON CONSENT/REASSIGNMENT