# United States District Court

WESTERN DISTRICT OF WASHINGTON

WILLIAM E FEIL,

        Plaintiff,

v.

C SULLIVAN, ET AL.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C05-5180JKA

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

✓ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**Plaintiff's Motion for Summary Judgment is DENIED. Defendants' Cross Motion for Summary Judgment is GRANTED. This action is DISMISSED WITH PREJUDICE.**

August 12, 2005
Date

BRUCE RIFKIN
District Court Executive

s/Kelly A Miller
By Kelly A Miller, Deputy Clerk